IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lawrence R. Burfitt, :
:
    Plaintiff(s), :
: Case Number: 1:15cv730
vs. :
: Judge Susan J. Dlott
Sgt. Bear, et al., :
:
    Defendant(s). :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 14, 2015 a Report and Recommendation (Doc. 5). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 7 and 9).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, plaintiff's claims against defendants Dr. Ford, Larry Green, Roger Wilson, Linnea Mahalm, Mr. Oppi and Gary Mohr are DISMISSED.

    IT IS SO ORDERED.


                                                          ___s/Susan J. Dlott_____
                                                          Judge Susan J. Dlott
                                                          United States District Court