IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Lawrence R. Burfitt, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:15cv730 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Sgt. Bear, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on May 16, 2016 (Doc. 38), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired May 16, 2016, hereby

ADOPTS said Report and Recommendation.

Accordingly, defendants' motion for judgment on the pleadings (Doc. 17) is DENIED as

moot.

IT IS SO ORDERED.


 ___s/Susan J. Dlott_____
 Judge Susan J. Dlott
 United States District Court