IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lawrence R. Burfitt, :
:
        Plaintiff, :
: Case Number: 1:15cv730
   vs. :
: Judge Susan J. Dlott
Sgt. Bear, et al., :
:
        Defendants. :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 15, 2016 a Report and Recommendation (Doc. 52). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 56).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the motion to dismiss filed by Defendants Bear, Sammons, and Gladman (Doc. 31) is DENIED as to defendants Bear and Sammons, but GRANTED as to defendant Gladman. It is further ORDERED that the motion for judgment on the pleadings filed by Sgt. Brian Felts and Susan Felts (Doc. 43) is DENIED as to defendant Sgt. Felts, but GRANTED as to defendant Susan Felts. Therefore, all claims against defendants Gladman and Susan Felt are DISMISSED, with plaintiff's eighth amendment claims to proceed against defendants Bear, Sgt.

Sammons, and Sgt. Felts.

    IT IS SO ORDERED.

                                                            ___s/Susan J. Dlott_____  
                                                            Judge Susan J. Dlott  
                                                            United States District Court