IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lawrence Burfitt,

    Plaintiff(s),

vs.

Sgt. Bear, et al.,

    Defendant(s)

Case Number: 1:15cv730

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 1, 2017 (Doc. 82), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 15, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motions to amend his complaint and for preliminary injunction (Docs. 79 and 80) are DENIED.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court