IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lawrence Burfitt,

    Plaintiff(s),

vs.

Sgt. Bear, et al.,

    Defendant(s).

Case Number: 1:15cv730

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie J. Bowman filed on January 2, 2018 (Doc. 94), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 16, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that plaintiff's motions to amend his complaint and for preliminary injunctive relief (Docs. 85, 87, 88, 90) are DENIED. The Court will DENY without further analysis any future motions seeking amendment of plaintiff's complaint or for preliminary injunctive relief as being repetitive.

IT IS SO ORDERED.

                                                      s/Susan J. Dlott
                                                    Judge Susan J. Dlott
                                                    United States District Court